NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE TARA CHAND SINGHAL,**
*Petitioner.*

---

2014-115

---

On Petition for Writ of Mandamus to the Secretary of Commerce.

---

**ON PETITION**

---

PER CURIAM.

## O R D E R

Tara Chand Singhal ("Petitioner") petitions for a writ extraordinaire, which this court interprets as a writ of mandamus, to direct the Secretary of Commerce to (1) stop publication of Petitioner's U.S. Patent Application Nos. 11/880,347 and 13/068,441 and (2) direct the U.S. Patent and Trademark Office to establish new procedures to "enable Petitioner to stop publication of patents in national security sensitive technologies and whose publication otherwise would constitute[] unauthorized foreign export of US national security sensitive technologies."

Our authority to grant mandamus relief, which is derived from the All Writs Act, is confined to the issuance of

writs only "in aid of" our jurisdiction.  28 U.S.C. § 1651(a); *see also Clinton v. Goldsmith*, 526 U.S. 529, 534-35 (1999) (mandamus may not be used to enlarge a court's jurisdiction).  In this case, Petitioner has identified no grant of jurisdiction to this court that would cover his publication complaints.  Indeed, Petitioner seeks to compel an officer of the United States to perform certain actions.  Under 28 U.S.C. § 1361, "[t]he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

Accordingly,

IT IS ORDERED THAT:

The petition is dismissed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30